**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| ANDREW RIFKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.      13 CV 50056 |
| vs. | ) | |
| | ) | The Honorable Philip G. Reinhard |
| BOARD OF TRUSTEES | ) | |
| OF NORTHERN ILLINOIS | ) | Magistrate Judge P. Michael Mahoney |
| UNIVERSITY, et al | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT RAMON HOLLAND'S RULE 12(C)
MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Ramon Holland, by and through his attorneys James G. Sotos and John J.

Timbo of The Sotos Law Firm, P.C., move pursuant to Fed.R.Civ.Pro. 12(c) for judgment on the

pleadings to Plaintiff's Complaint. In support thereof, Defendant states as follows:

1.      Plaintiff's three count complaint arises from his indictment for criminal sexual

assault in December, 2011, and alleges a 42 U.S.C. Sec. 1983 due process claim against the NIU

Board of Trustees (Count I); a section 1983 due process claim under the Fifth and Fourteenth

Amendments against the individual Defendants (Count II); and a section 1983 conspiracy claim

against the same individuals (Count III).

2.      Defendant Holland is entitled to judgment on the pleadings in relation to Count II

of Plaintiff's complaint as Plaintiff cannot establish a due process claim against Holland; in

addition, Holland is entitled to judgment on Plaintiff's Section 1983 civil conspiracy claim

contained in Count III as Plaintiff is unable to establish a requisite underlying constitutional

violation against any Defendant.

3.     Defendant Holland has filed a Memorandum of Law contemporaneous with this motion.

WHEREFORE, Defendant Ramon Holland respectfully requests that this Honorable Court grant Defendant's motion, and enter judgment in favor of Holland and against Plaintiff on Plaintiff's Complaint.

Dated: April 10, 2013                         RESPECTFULLY SUBMITTED,

                                              **/s/John J. Timbo**
                                              JOHN J. TIMBO, Attorney No. 06238251
                                              *One of the Attorneys for Ramon Holland*

James G. Sotos
John J. Timbo
THE SOTOS LAW FIRM, P.C.
550 E. Devon Ave,. Suite 150
Itasca, IL 60143
Tel: (630)735-3300
Fax: (630)773-0980
jtimbo@jsotoslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Wednesday, April 10, 2013, I electronically filed the foregoing **Defendant Ramon Holland's Rule 12(c) Motion for Judgment on the Pleadings** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants on the attached service list.

**/s/John J. Timbo**
JOHN J. TIMBO, Attorney No. 06238251
*One of the Attorneys for Ramon Holland*

**SERVICE LIST**
*Rifkin v. Board of Trustees of NIU, et al.*
Case No. 13 CV 50056

***Attorneys for Plaintiff***
Bruce E. Brandwein
David M. Smolin
Brandwein & Smolin
20 S. Clark St., Suite 410
Chicago, IL 60603
Tel: (312) 853-0008
brucebrandwein@yahoo.com
davidmsmolin@yahoo.com

***Attorneys for Donald Gray***
Randall B. Gold
Fox & Fox, S.C.
221 N. LaSalle St., Suite 2900
Chicago, IL 60601
Tel: (847) 796-5198
rgoldlaw@aol.com

Michael R. Fox
Fox & Fox, S.C.
124 W. Broadway
Monona, WI 53716
Tel: (608) 258-9588
mfox@foxquick.com

***Attorneys for Jason John***
Andrew M. Hale
Avi T. Kamionski
Shneur Z. Nathan
Monifa K. Gray
Andrew M. Hale & Associates LLC
53 W. Jackson, Suite 1800
Chicago, IL 60604
Tel: (312) 870-6926
Fax: (312) 341-9656
ahale@ahalelaw.com
akamionski@ahalelaw.com
snathan@ahalelaw.com
mgray@ahalelaw.com

***Attorneys for Kartik Ramakrishnan***
James L. DeAno
Laura L. Scarry
Emily E. Schnidt
Howard P. Levine
DeAno & Scarry LLC
53 W. Jackson Blvd., Suite 550
Chicago, IL 60604
Tel: (630) 690-2800
Fax: (312) 564-4125
jdeano@deanoandscarry.com
lscarry@deanoandscarry.com
eschnidt@deanoandscarry.com
hlevine@deanoandscarry.com